UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA CORTEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-06256-TEH<br><br>**ORDER CONTINUING BRIEFING AND HEARING SCHEDULE** |

The Court GRANTS the parties' stipulation to continue the briefing schedule on the motion to dismiss filed by Defendants Bryan Budgin and Joe Turner. Accordingly, Plaintiffs' opposition is now due on **January 17, 2017**, and Defendants' reply is due on **January 24, 2017**.

IT IS FURTHER ORDERED that the hearing on this motion, as well as on the motion to dismiss filed by Defendants City of Oakland and Roland Holmgren, is continued to **February 13, 2017, at 10:00 AM**.

**IT IS SO ORDERED.**

Dated: 01/03/17　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge